```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| WILLIAM STULL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3311 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and upon receiving the consent of counsel for both parties,

IT IS ORDERED:

The Rule 26 scheduling report deadline, previously set for February 22, 2007, (see filing 5), is continued to March 16, 2007.

DATED this 18th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge