IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM STULL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3311 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel met with the court by telephone conference call this date, pursuant to Fed. R. Civ. P. 16. Counsel discussed their progress in completing initial discovery, and it was determined that because little had been completed, it was too early to realistically schedule a progression of the case to trial. Counsel and the court agreed to continue the conference until the initial discovery has been completed. In accordance with the discussion during the conference,

IT THEREFORE HEREBY IS ORDERED:

1. Plaintiff shall serve responses to outstanding discovery requests and initial disclosures, if not previously served, on or before June 18, 2007.

2. The planning conference is continued to July 18, 2007 at 10:00 a.m., again by telephone conference. Plaintiff's counsel shall initiate the call.

DATED this 11th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge