IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM STULL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3311 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion for continuance is granted and the Rule 16 telephone planning conference is continued from July 18 to July 26, 2007 at 10:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 26th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge