```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

WILLIAM STULL,                   )
                                 )
            Plaintiff,           )         4:06CV3311
                                 )
      v.                         )
                                 )
BNSF RAILWAY COMPANY, f/k/a      )            ORDER
as BURLINGTON NORTHERN SANTA     )
FE RAILROAD COMPANY,             )
                                 )
            Defendant.
```

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED:

The clerk shall refer the file to the Chief Judge for reassignment.

DATED this 3rd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge