THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM STULL, | ) | 4:06CV3311 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BNSF RAILWAY COMPANY f/k/a | ) | |
| BURLINGTON NORTHERN | ) | |
| SANTA FE RAILROAD | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed a Motion for Enlargement of Time to Disclose Expert Witnesses (filing 38). The motion represents that Plaintiff's counsel does not object to such enlargement of time. I shall grant Defendant's motion.

IT IS ORDERED:

1. Defendant's Motion for Enlargement of Time to Disclose Expert Witnesses (filing 38) is granted;

2. Paragraph 3 of the Order Setting Final Schedule for Progression of Case (filing 21) is amended in part as indicated in bold below:

> Each defendant, counter-defendant, and cross-defendant shall serve its statement of the expert witnesses it expects to call to testify pursuant to Rule 702, 703 or 705, Fed. Rules of Evidence, pursuant to Fed. R. Civ. P. 26(a)(2) as soon thereafter as practicable, but

not later than **November 16, 2007.** If necessary to refute the disclosed opinions of an expert witness of an opponent, a plaintiff, counter-claimant, or cross-claimant may disclose additional expert witnesses not later than **November 22, 2007**, provided that the disclosing party then provides all of the information described in Fed. R. Civ. P. Rule 26(a)(2) **and** makes the expert witness available for deposition prior to the date set for completion of depositions.

October 30, 2007.

>BY THE COURT:
>s/ *Richard G. Kopf*
>United States District Judge