IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM STULL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3311 |
| | ) | |
| V. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Final Pretrial Conference is rescheduled to 1:00 p.m. on Thursday, December 27, 2007, before the undersigned United States district judge, in chambers, 586 Federal Building and United States Courthouse, Lincoln, Nebraska.

November 7, 2007.			BY THE COURT:

				*S/Richard G. Kopf*
				United States District Judge