THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM STULL, | ) | 4:06CV3311 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| BNSF RAILWAY COMPANY, | ) | |
| f/k/a BURLINGTON NORTHERN | ) | |
| SANTA FE RAILROAD | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation for dismissal with prejudice (filing 53) and Fed. R. Civ. P. 41,

IT IS ORDERED that the above-captioned case is dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy having been fully settled.

December 27, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge